UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-1178 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| THE METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE, DAVIDSON COUNTY, and ) | |
| OFFICER JOHN STORMENT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss filed by the defendants (Docket No. 19) is **GRANTED**. This case is **DISMISSED**.

It is so ordered.

Enter this 30th day of August 2007.

ALETA A. TRAUGER
United States District Judge